**Opinion issued October 27, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00759-CV

———————————

## IN RE BRETT AGEE AND GARVIN, AGEE, CARLTON & MASHBURN, P.C., Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, Brett Agee and Garvin, Agee, Carlton & Mashburn, P.C., filed a petition for a writ of mandamus contending that they are entitled to mandamus relief based on the trial court's "fail[ure] to grant [r]elators' motion to dismiss, motion to abate, motion for summary judgment," and because the trial court "has failed to recognize that [r]elators were dismissed when [real party in interest Brent W. Coon PC] filed an amended petition which omitted all claims against relators." Relators

request that "this Court issue a writ of mandamus to require the [trial court] to grant [r]elators' motions and determine that the [r]elators are dismissed" from the underlying litigation.[1]

We deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Rivas-Molloy, and Guerra.

---

[1] The underlying case is *Brent W. Coon PC v. Gary M. Riebschlager, The Riebschlager Law Firm, PC and Brett Agee and Garvin, Agee, Carlton & Mashburn, P.C.*, Cause Number 2020-35091, in the 125th District Court of Harris County, Texas, the Honorable Kyle Carter presiding.